UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

REX SITZMORE,

    Plaintiff,

    v.

MATT MCCONKEY, PATRICK MEYER and FAYETTE COUNTY JAIL,

    Defendants.

Case No. 17-cv-840-JPG-RJD

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: November 28, 2018**

                                                **MARGARET M. ROBERTIE, Clerk of Court**

                                                **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**